UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Subpoena Matter in <br><br> TRACE HOUSTON <br><br> v. <br><br> TORRANCE WILSON, <br><br> Defendant. | Miscellaneous Case No. |

## NOTICE OF REMOVAL OF A SUBPOENA MATTER

The United States Marshall Service ("Marshall Service"), by and through undersigned counsel, hereby files this Notice of Removal of a Subpoena Matter pursuant to 28 U.S.C. §§ 1442(a)(1) & 1446, and *Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 412-15 (D.C. Cir. 1995). In support of this Notice, the following facts are relied upon:

1. On May 13, 2014, counsel for Trace Houston served a subpoena via facsimile on the Marshall Service with a return date of May 1, 2014. The subpoena requested Marshall Service Employee Torrance Wilson's "statement of earnings and leave—including any overtime pay, shift differential, etc." in the District of Columbia Superior Court family law case *Trace Houston v. Torrance Wilson*, Case No. P146813.

2. Under the United States Department of Justice, Marshall Service's *Touhy* regulations, 28 C.F.R. 16.21 *et. seq.*, promulgated pursuant to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), the subpoena functions as a "demand" on the Marshall Service.

3. A copy of the demand is attached as Exhibit 1.

4. In serving the subpoena, Ms. Houston failed to comply with the Marshall Service's *Touhy* regulations.

1

5. Ms. Houston also has not provided a reasonable amount of time to comply with the request given that by the date the Marshall Service was served with the subpoena, the return date had already passed.

6. The Marshall Service intends to move to quash the subpoena upon the removal of this action based on applicable federal law.

7. A Notice of Filing of Notice of Removal in the Superior Court for the District of Columbia is attached hereto as Exhibit 2.

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia to this Court. The underlying family law case is not being removed and remains pending in the Superior Court for the District of Columbia.

Dated: May 23, 2014
Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR.,
D.C. Bar #447889
United States Attorney
for the District of Columbia

DANIEL VAN HORN,
D.C. Bar # 924092
Chief, Civil Division

By: /s/
SHUCHI BATRA, D.C. Bar # 978263
Special Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel:   (202) 252-2571
Fax:  (202) 252-2599
Shuchi.Batra@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Removal of a Subpoena Matter was served by first class United States mail this 23rd day of May 2014 to:

Christal E. Edwards
Edwards Legal Group, LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910

/s/ _____
Shuchi Batra
Special Assistant United States Attorney

# Exhibit 1

**SUBPOENA**
CITATORIO
SCR-Dom Rel 45.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*

## FAMILY COURT-DOMESTIC RELATIONS BRANCH
*TRIBUNAL DE FAMILIA- SECCIÓN DE RELACIONES DOMÉSTICAS*
500 Indiana Avenue, N.W., Room JM-540
Washington, D.C. 20001

Plaintiff: Trace Huston
*Demandante*

Vs

Defendant: Torrance Wilson
*Demandado*

SUBPOENA DUCES TECUM or AD TESTIFICANDUM
*CITATORIO DUCES TECUM O AD TESTIFICANDUM*

DOCKET NUMBER: D146813
*NÚMERO DE CAUSA*

ASSIGNED JUDICIAL OFFICER: Magistrate Judy Harriett
*OFICIAL JURÍDICO DESIGNADO*

REQUESTING PARTY: Plaintiff
*ACTOR*
Plaintiff or Defendant
*Demandante o Demandado*

To: U.S. Marshals Service

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.
*POR LA PRESENTE SE LE ORDENA comparecer en persona en la fecha y a la hora que se indica a continuación para atestiguar en el caso de epígrafe.*

| COURTROOM / SALA | DATE / FECHA | TIME / HORA |
|---|---|---|
| 500 Indiana Avenue, N.W. Washington D.C. 20001 | | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.
*POR LA PRESENTE SE LE ORDENA comparecer en persona en la fecha y a la hora que se indica a continuación para su declaración jurada en el caso de epígrafe*

| PLACE OF DEPOSITION / LUGAR DE LA DECLARACIÓN JURADA | DATE / FECHA | TIME / HORA |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a DEPOSITION shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-Dom Rel 30(b)(5).
*Cualquier organización que no sea parte en esta causa y esté citada para su declaración jurada debe designar una o más personas, directores, gerentes u otras personas quienes consientan atestiguar por parte de la misma, y puedan, para cada persona designada, presentar sobre los temas de dicha declaración. SCR-Dom Rel 30(b)(5).*

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
*POR LA PRESENTE SE LE ORDENA producir y permitir inspección y copia de los siguientes objetos o documentos en el lugar, a la fecha y hora indicadas a continuación (enumere los objetos o documentos):*

**DOCUMENTS OR OBJECTS**
*DOCUMENTOS U OBJETOS*

Statement of earnings and leave - including any overtime pay, shift differential, etc.

For additional documents or objects attach listing to this document.
*Para documentos u objetos adicionales adjunte la lista a este documento.*

| PLACE OF PRODUCTION / LUGAR DE PRESENTACIÓN | DATE / FECHA | TIME / HORA |
|---|---|---|
| Edwards Legal Group - fax (240) 232-3122 | May 1, 2014 | 9:30 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.
*POR LA PRESENTE SE LE ORDENA permitir la inspección del siguiente inmueble a la hora y fecha indicadas a continuación.*

| PREMISES / INMUEBLE | DATE / FECHA | TIME / HORA |
|---|---|---|
| | | |

FC-311 500a AUG 2012   WHITE-LEGAL RECORD COPY PAGE 1 OF 3   YELLOW-SERVICE COPY PAGE 2 OF 3   PINK-SERVER'S COPY PAGE 3 OF 3

DOCKET NUMBER: **P146813**
*NÚMERO DE CAUSA*

| ISSUING ATTORNEY'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) *FIRMA Y TÍTULO DEL ABOGADO ACTOR (indique si es abogado para el demandante o el demandado)* | DATE *FECHA* |
|---|---|
| *[signature]* Christal E. Edwards, Plaintiff's Atty | 4-28-14 |

**ISSUING ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:**
*NOMBRE, DIRECCIÓN Y TELÉFONO DEL ABOGADO ACTOR:*

8403 Colesville Road, Suite 1100
Silver Spring, MD 20910  (240) 232-8122

An attorney as an officer of the court may issue and sign a subpoena.
*Como funcionario judicial el abogado puede emitir y firmar el citatorio.*
See SCR-Dom Rel 45 (a) (3)

A party not represented by an attorney may obtain a blank subpoena from the clerk, complete it, and submit it to the clerk for signature. The clerk can sign and issue a foreign subpoena.

*La parte que no tenga representación de un abogado puede pedirle un citatorio en blanco al actuario, llenarlo y presentárselo al actuario para su firma. El actuario puede firmar y expedir un citatorio extranjero.*

_____    _____
Signature of the Clerk        Date
*Firma del Actuario*        *Fecha*

Judicial authorization for medical records is required.
*Se requiere autorización judicial para obtener la historia clínica.*

Judicial Officer can sign foreign subpoena, if requested.
*De ser solicitado, el funcionario judicial puede firmar el citatorio extranjero.*
(Judge-In-Chambers Office, Room 4220).
*(Despacho del Juez de turno, Oficina 4220).*

_____    _____
Signature of Judge        Date
*Firma del Juez*        *Fecha*

See SCR-Dom Rel 45 on reverse side of this subpoena
*Ver SCR-Dom Rel 45 al dorso de este citatorio.*

## PROOF OF SERVICE
*PRUEBA DE NOTIFICACIÓN*

| DATE OF SERVICE *FECHA DE NOTIFICACIÓN* | TIME OF SERVICE *HORA DE NOTIFICACIÓN* | PLACE OF SERVICE *LUGAR DE NOTIFICACIÓN* |
|---|---|---|
|  |  |  |

| SERVED UPON (PRINT NAME) *RECIBIÓ OFICIALMENTE (NOMBRE EN LETRA IMPRENTA)* | MANNER OF SERVICE *TIPO DE NOTIFICACIÓN* (Attach return receipt if service was made by registered or certified mail) *(Adjunte el recibo si la entrega se hizo por correo registrado o certificado)* |
|---|---|
|  |  |

## DECLARATION OF SERVER
*DECLARACIÓN DEL OFICIAL NOTIFICADOR*

I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above-entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

*Declaro so pena de perjurio de acuerdo con las leyes del Distrito de Columbia que tengo por lo menos 18 años de edad y no soy parte en la causa de epígrafe y que la información anterior en la Prueba de Notificación es fiel y exacta.*

| SIGNATURE OF SERVER *FIRMA DEL NOTIFICADOR* | DATE EXECUTED *FECHA DE EJECUCIÓN* |
|---|---|
|  |  |

| PRINT NAME OF SERVER *NOMBRE DE NOTIFICADOR EN LETRA IMPRENTA* | ADDRESS OF SERVER *DIRECCIÓN DEL NOTIFICADOR* |
|---|---|
|  |  |

As required by SCR Dom Rel 45 (a) (1) (D), the text of paragraphs (c) and (d) of this Rule will appear in each Subpoena form.
*Como lo exige la SCR Dom Rel 45 (a) (1) (D), el texto del párrafo (c) y (d) de esta Regla se publicará en cada formulario de citatorio.*

# Exhibit 2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Family Court-Domestic Relations Branch

|  |  |
|---|---|
| TRACE HOUSTON | ) |
| v. | ) Docket No. P146813 |
|  | ) Magistrate Andrea L. Harnett |
| TORRANCE WILSON, | ) |
| Defendant. | ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL OF A SUBPOENA MATTER

To: Christal E. Edwards
Edwards Legal Group, LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910

PLEASE TAKE NOTE that on May 23, 2014, the United States Marshall Service, recipient of a demand in this matter, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of the subpoena matter in the above-captioned case, pursuant 28 U.S.C. §§ 1442(a)(1) & 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto. The underlying family law case is not being removed and remains pending in the Superior Court.

1

Dated: May 23, 2014
Washington, DC

                        Respectfully submitted,

                        RONALD C. MACHEN JR.,
                        D.C. Bar #447889
                        United States Attorney
                        for the District of Columbia

                        DANIEL VAN HORN,
                        D.C. Bar # 924092
                        Chief, Civil Division

By: /s/
                        SHUCHI BATRA, D.C. Bar # 978263
                        Special Assistant United States Attorney
                        United States Attorney's Office
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        Tel:  (202) 252-2571
                        Fax:  (202) 252-2599
                        Shuchi.Batra@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Notice of Removal of a Subpoena Matter was served by first class United States mail this 23rd day of May 2014 to:

Christal E. Edwards
Edwards Legal Group, LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910

/s/_____
Shuchi Batra
Special Assistant United States Attorney